UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division



FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

14 APR 11 PM 1:33

M. REGINA THOMAS
CLERK

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| McArthur Stowers | CASE NO: 04-67800-reb |
| Debtor(s) | |

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of **$1,503.79** was issued in the above-styled bankruptcy case to **McArthur Stowers** whose mailing address at the time of issue was 5927 Rock Road, Union City, GA 30291.   Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), in 2005, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to McArthur Stowers at c/o 23630 SE 440th St., Enumclaw WA 98022.

This 4th day of April, 2014



_____
Charlene J. Keys, Attorney-in-fact

61-1264203  (Keys Research)
Social Security or Tax ID Number

Sworn to and subscribed to before
Me this 4th day of Apr, 2014.

_Michael E. Ward_
Notary Public in and for the State
Of Washington. My commission
expires _9/9/17_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
Atlanta Division

IN THE MATTER OF:                           :    CHAPTER : 13
                                            :
                                            :    CASE NO:    04-67800-reb
McArthur Stowers                            :
                                            :
                 Debtor(s)                  :

**CERTIFICATE OF SERVICE**

The undersigned, Charlene J. Keys, dba Keys Research, 23630 SE 440th Street, Enumclaw WA 98022 hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 4th day of April, 2014, I served a copy of the foregoing Petition for Payment of Unclaimed Funds upon the parties listed below by First Class Mail:

United States Attorney
1800 U. S. Courthouse
75 Spring St. SW
Atlanta GA 30303

Executed on April 4, 2014.                          By: _____
                                                         Charlene J. Keys

# U.S. Bankruptcy Unclaimed Funds Locator

**Home**
**About**

**Case Number:** 04-67800

**Total:** $1,503.79

**Debtor Last Name:** Stowers

**Debtor First Name:** McArthur

Creditors

| Last Name | First Name | Amount |
|---|---|---|
| Stowers | McArthur | $1,503.79 |

© 2014 - US Courts - Collaboratively Developed Software

**DISCHARG, CLOSED**

## U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Bankruptcy Petition #: 04-67800-reb

|  |  |
|---|---|
| *Assigned to:* Judge Robert Brizendine | *Date filed:* 05/10/2004 |
| Chapter 13 | *Date terminated:* 10/18/2007 |
| Voluntary | *Date discharged:* 12/09/2006 |
| Asset | *Plan confirmed:* 08/24/2004 |
|  | *341 meeting:* 06/09/2004 |

*Debtor*
**McArthur Stowers**
5927 Rock Road
Union City, GA 30291
FULTON-GA
SSN / ITIN: xxx-xx-6950

represented by **Marsha Diane King**
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303-3748
(404) 524-6400
Fax : 404-524-6425

*Trustee*
**James H. Bone**
Standing Chapter 13 Trustee
Suite 1100, The Equitable Building
100 Peachtree Street, NW
Atlanta, GA 30303-1901
404-525-2555
*TERMINATED: 08/01/2006*

*Trustee*
**Adam M. Goodman**
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303
(678) 510-1444

| Filing Date | # | Docket Text |
|---|---|---|
| 10/20/2007 | 42 (2 pgs) | BNC Certificate of Service of Order Closing Estate Service Date 10/20/2007. (Admin.) (Entered: 10/21/2007) |
| 10/18/2007 |  | Case Closed (ysg, ) |
| 10/18/2007 | 41 (1 pg) | Order Approving Account, Discharging Trustee and Closing Estate. Service by BNC. (ysg, ) |
|  | 40 | Final Report and Accounting Filed by Adam M. Goodman |

## AGENT AUTHORIZATION

I, McArthur Stowers, do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $1,503.79 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney for this specific matter for this specific matter.

Dated: 3-31-2014    Signed: _McArthur Stowers_
                            McArthur Stowers
                    Soc. Sec. # [REDACTED]-6950

*************************************************************************

### NOTARY ACKNOWLEDGMENT

State of GEORGIA, County of FULTON

ACKNOWLEDGED before me on this date 3/31/14, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL    [Seal: Britney Horne, Notary Public, Fulton County, GA, Exp. Apr. 04, 2017]

NOTARY PUBLIC
My commission expires 4/4/2017



