UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER: 13 |
| | : | |
| McArthur Stowers | : | CASE NO: 04-67800-reb |
| Debtor(s) | : | |

ORDER

On, 2007, Trustee herein filed a *Notice and Payment into the Court for Unclaimed Funds* and issued a check in the amount of **$1,503.79** to the Clerk, U.S. Bankruptcy Court, for the deposit into the Registry of the Court on behalf of debtor, **McArthur Stowers.**

On, April 4, 2014, Charlene J. Keys, Attorney-in-fact for McArthur Stowers, filed a Petition for Payment of Unclaimed Funds to collect them. The Petition and the documents attached hereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $1,503.79 payable to and shall send said check to McArthur Stowers at the following address of c/o 23630 SE 440th Street, Enumclaw WA 98022.

IT IS SO ORDERED THIS __21st__ day of __April__, 2014.

UNITED STATES BANKRUPTCY JUDGE

Prepared by

Charlene J. Keys
Dba Keys Research
23630 SE 440th St.
Enumclaw WA 98022
360-825-7300
keys@keysresearch.com
Attorney-in-fact for McArthur Stowers

No Opposition to:

Adam M. Goodman, Chapter 13 Trustee
Bar No. __142575__